

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-23-00047-CV

**CEDRIC DARTY,**

**Appellant**

 **v.**

**707-715 LANCASTER LLC DBA:**
**9TH STREET APARTMENTS,**

**Appellees**

_____

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 22-C-3737**

## MEMORANDUM OPINION

In this forcible-entry-and-detainer action, Cedric Darty appeals from the trial court's final judgment signed on January 24, 2023. By letter dated February 27, 2023, the Clerk of this Court notified Darty that the appeal is subject to dismissal because the original filing fee had not been paid. The February 27, 2023 letter warned Darty that the Court would dismiss the appeal unless, within ten days from the date of the letter, he paid the filing fee or obtained indigent status for purpose of the appeal. Ten days has

passed, and Darty has not paid the filing fee or obtained indigent status.  Accordingly,

we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(c).


                     STEVE SMITH
                     Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
Appeal dismissed
Opinion delivered and filed March 22, 2023
[CV06]

